EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
| | ) | |
| Plaintiff, | ) | INDICTMENT  02-00228 |
| | ) | |
| vs. | ) | (18 U.S.C. § 922(g)(3) |
| | ) | |
| SCOTT WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about April 9, 2002, in the District of Hawaii, the defendant, SCOTT WALKER, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting commerce a Winchester 12 gauge shotgun, a Marlin 30/30 rifle, a Smith and Wesson .357 caliber

revolver, a Hopkins & Allen .32 caliber revolver and ammunition of various calibers.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: June 5, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. WALKER;*
"Indictment"